## MOTION DOCKET

**94–874.** State ex rel. Pickett v. Indus. Comm. *Franklin County,* No. 92AP–1710. On request for oral argument. Request denied.

**95–1841.** State ex rel. Kabert v. Shaker Hts. School Dist. Bd. of Edn. On notice of filing of petition for removal to the Court of Claims of Ohio. *Sua sponte,* cause removed to the Court of Claims. See R.C. 2743.03(E)(2).

PFEIFER and COOK, JJ., vote to instruct the Clerk of the Supreme Court to forward this cause to the Court of Claims.

**95–2217.** State v. Chandler. *Cuyahoga County,* No. 67185. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**95–2293.** State v. Torrez. *Cuyahoga County,* No. 67732. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**95–2304.** State v. Malone. *Marion County,* No. 9–95–17. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson,* Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

DOUGLAS, J., concurs but notes that the certification order is not in compliance with S.Ct.Prac.R. IV(2)(A).

**95–2341.** State v. Wilson. *Hamilton County,* No. C–950038. On motion to expedite ruling on motion for leave to appeal. Motion granted.

PFEIFER and COOK, JJ., dissent.